

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**

**FEB 1 9 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HECTOR LUGO | § |
| | § |
| | § |
| VS. | § CIVIL ACTION NO. B-98-151 |
| | § JURY REQUESTED |
| GATEWAY TUGS, INC., and | § |
| the TUG KRISTIE LEIGH, her | § |
| engines, tackle and equipment, etc. | § |

## SCHEDULING ORDER

1.  Trial:  Estimated time to try:  3 days          ___ Bench  **X** Jury

2.  New parties must be joined by:                  April 15, 1999

    *Furnish a copy of this scheduling to new parties*

3.  The plaintiff's experts will be named with a report
    furnished by:                                   May 14, 1999

4.  The defendant's experts must be named with a
    report furnished within 30 days of the deposition
    of the plaintiff's expert.

5.  Discovery must be completed by:                 August 16, 1999

    *Counsel may agree to continue discovery beyond the deadline, but there will be
    no intervention by the court.  No continuance will be granted because of
    information acquired in post-deadline discovery.*

6.  Motions will be filed by:                       September 10, 1999

************************* The court will provide these dates ***************

7.  Joint pretrial order is due:                    10-20-99

    *The plaintiff is responsible for filing the pretrial order on time.*

8.  Docket Call is set for 1:30 p.m. on:            11-4-99

The case will remain on standby until tried.

Signed ____Feby 18____, 1999, at Brownsville, Texas

_____
Hilda Tagle
United States District Judge

SCHEDULING AND DOCKET CONTROL ORDER _____          Page - 1

_____
Jack G. Carinhas, Jr.

Counsel for Plaintiff Hector Lugo

_____
Richard B. Waterhouse, Jr.

Counsel for Defendant
Gateway Tugs, Inc.

SCHEDULING AND DOCKET CONTROL ORDER                                      Page - 2

ClibPDF - www.fastio.com