14

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 21 1999

Michael N. Milby, Clerk of Court

| | |
|---|---|
| HECTOR LUGO | § § § |
| versus | § § CIVIL ACTION B-98-151 |
| | § § |
| GATEWAY TUGS, INC., ET AL. | § |

# Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673, 1677 (1994).

Signed June 21, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge