16

THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **HECTOR LUGO** | § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-151 |
| | § | JURY REQUESTED |
| **GATEWAY TUGS, INC.,** and the **TUG KRISTIE LEIGH**, her engines, tackle and equipment, etc. | § § § | |

## AGREED ORDER OF DISMISSAL

AND NOW, this 14 day of July, 1999, IT IS ORDERED that the causes of action alleged by the Plaintiff Hector Lugo and contained in the Plaintiff's Complaint and any amendments thereto, are DISMISSED, WITH PREJUDICE.

IT IS FURTHER ORDERED that any and all attorneys' fees, court costs, expenses, disbursements, or any other sums of money incurred by each party in the prosecution of this matter shall be borne by the party or parties incurring them.

SIGNED THIS 14 day of July, 1999.

_____
JUDGE PRESIDING

-1-

DDP\Lugo\Pleading\orddis

-2-

**AGREED AS TO SUBSTANCE AND FORM:**

CARINHAS & SALDANA, L.L.P.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
(956) 542-9161 (Telephone)
(956) 542-3651 (Facsimile

*[signature]*

JACK G. CARINHAS, JR.
Federal I.D. No. 1179
State Bar I.D. No. 03795000

ATTORNEYS FOR THE PLAINTIFF
HECTOR LUGO


PIPITONE & SEGER, P.C.
615 Upper North Broadway
MT/89, Suite 1770
Corpus Christi, Texas 78477
(512) 884-4200 (Telephone)
(512) 884-7444 (Facsimile)

*[signature]*

RICHARD B. WATERHOUSE, JR.
Federal I.D. No. 17995
State Bar I.D. No. 00788624

ATTORNEYS FOR THE DEFENDANT
GATEWAY TUGS, INC.